NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VIGOR WORKS, LLC,**
*Appellant*

**v.**

**SECRETARY OF DEFENSE,**
*Appellee*

---

2023-2064

---

Appeal from the Armed Services Board of Contract Appeals in No. 62607, Administrative Judge J. Reid Prouty, Administrative Judge John J. Thrasher, Administrative Judge Richard Shackleford.

---

**O R D E R**

The parties, having so agreed,

IT IS ORDERED THAT:

The above-captioned appeal is dismissed under Fed. R. App. P. 42(b) with each side to bear their own costs.

FOR THE COURT

March 14 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** March 14, 2025